# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 15, 2021

Lyle W. Cayce
Clerk

No. 20-40378
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Katry L. Penny,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CR-31-1

Before Clement, Haynes, and Higginson, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Katry L. Penny has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Penny has filed a motion for an extension of time to file

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40378

a response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Penny's motion for an extension of time is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.